FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 OCT -9 PM 4:41

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DISMISSAL ORDER |
| | ) | |
| v. | ) | |
| | ) | CR 407-60 |
| **VERNORDIA S. FULLER** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this 9th day of October, 2007.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA